RICK A. YARNALL                                                                              E-FILED
CHAPTER 13 BANKRUPTCY TRUSTEE
701 Bridger Ave, Suite 820
Las Vegas, NV  89101
(702) 853-4500
RAY13mail@LasVegas13.com

## UNITED STATES BANKRUPTCY COURT
## NEVADA DIVISION

| IN RE: | CASE NO: BKS-09-31859-LBR |
|---|---|
| LORA B ASHLEY | |
| **Debtor** | **CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION** |
| **Attorney for Debtor:** | |
| HAINES & KRIEGER, L.L.C. | |

TO DEBTOR(S), ALL CREDITORS AND PARTIES IN INTEREST:

YOU WILL PLEASE TAKE NOTICE that Rick A. Yarnall, Chapter 13 Bankruptcy Trustee, has reviewed the Clerk of the U.S. Bankruptcy Court, District of Nevada, Claims Register and each individual Proof of Claim filed in the above entitled case after the 90 day Bar Date. Government claims will be reviewed after the 180 day bar date and notice will be sent if applicable.

YOU WILL PLEASE TAKE FURTHER NOTICE that the above named Debtor(s), each creditor and all other parties in interest must verify that their respective claim(s) filed with the Clerk contains the same information AS SET FORTH BELOW to include but not limited to: (1)the creditor's claim was  filed or not filed; (2)the creditor's address to receive payments is accurate; (3)the claim amount is accurate; (4)the creditor's claim is scheduled as either "timely filed", "late filed" or "not filed"; (5)that the classification of the creditor's claim as either  "secured", "priority", "unsecured", "direct pay by debtor", "surrendered", "no provision", or such other applicable classification, is accurate; (6)and that the treatment and payment on each creditor's claim (including, if appropriate, the payment of and rate of interest ), is accurate in accordance with Order(s) Confirming Chapter 13 Plan.

YOU WILL PLEASE TAKE FURTHER NOTICE that if the creditor's claim, as filed with the Clerk of the Bankruptcy Court, is not accurate for any reason, including the reasons set forth above; then you must timely file a written objection to the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution within twenty-one (21) days of this notice. The written objection must be filed **or e-filed** with the Clerk of the U.S. Bankruptcy Court, 300 Las Vegas Blvd. South, Fourth Floor, Las Vegas, Nevada 89101 and served, if applicable, upon any appropriate creditor(s), the debtor(s), debtor's attorney and the Chapter 13 Bankruptcy Trustee whose mailing address is set forth above, along with the date, time, and place of the hearing on the objection with a minimum of twenty-one (21) days notice.

YOU WILL PLEASE TAKE FURTHER NOTICE that in the absence of a written objection, the Debtor(s), creditors and parties in interest listed below shall be deemed to have approved the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution. No further Order of the Court will be entered in the absence of any objection to this notice.

NOTICE IS HEREBY GIVEN that the following list below is a recapitulated itemization of all filed and not filed proof of claims, classification of claims, and proposed distribution:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **RJM Acquisition LLC** | **$120.17** | UNSECURED | 6710 |
| 575 Underhill BLVD., 224 | AT 0.00% INT | | |
| Syosset, NY  11791-3416 | FROM 11/19/2009 | APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | |
| | TRUSTEE CLAIM# 00003 / COURT CLAIM # 1 | | |

Page 2 of 5
LORA B ASHLEY                                                                                               BKS-09-31859-LBR

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **ECAST SETTLEMENT CORP**<br>P O BOX 35480<br>NEWARK, NJ  07193-5480 | **$5,458.57**<br>AT 0.00% INT<br>FROM 11/19/2009 | UNSECURED<br><br>APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 7224 |
| **TRUSTEE CLAIM# 00004 / COURT CLAIM # 3** | | | |
| **ECAST SETTLEMENT CORP**<br>P O BOX 35480<br>NEWARK, NJ  07193-5480 | **$876.90**<br>AT 0.00% INT<br>FROM 11/19/2009 | UNSECURED<br><br>APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 4092 |
| **TRUSTEE CLAIM# 00005 / COURT CLAIM # 2** | | | |
| **DOLLAR LOAN CENTER**<br>3799 E. DESERT INN RD #4<br>LAS VEGAS, NV  89121 | **$1,299.23**<br>AT 0.00% INT<br>FROM 11/19/2009 | UNSECURED<br><br>APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 9947 |
| **TRUSTEE CLAIM# 00006 / COURT CLAIM # 4** | | | |
| **ECAST SETTLEMENT CORP**<br>P O BOX 35480<br>NEWARK, NJ  07193-5480 | **$10,636.37**<br>AT 0.00% INT<br>FROM 11/19/2009 | UNSECURED<br><br>APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 7654 |
| **TRUSTEE CLAIM# 00007 / COURT CLAIM # 5** | | | |
| **HSBC AUTO FINANCE**<br>P O BOX 60130<br>CITY OF INDUSTRY, CA  91716 | **$384.05**<br>AT 0.00% INT<br>FROM 11/19/2009 | VEHICLE ARREARS<br><br>EXACTLY 100.00% TO BE PAID | 7453 |
| **TRUSTEE CLAIM# 00008 / COURT CLAIM # 6** | | | |
| **INTERNAL REVENUE SERVICE**<br>P O BOX 21125<br>PHILADELPHIA, PA  19114 | **$1,328.36**<br>AT 0.00% INT<br>FROM 11/19/2009 | IRS PRIORITY<br><br>EXACTLY 100.00% TO BE PAID | 08 |
| **TRUSTEE CLAIM# 00009 / COURT CLAIM # 7** | | | |
| **INTERNAL REVENUE SERVICE**<br>P O BOX 21125<br>PHILADELPHIA, PA  19114 | **$7,919.77**<br>AT 0.00% INT<br>FROM 11/19/2009 | IRS UNSECURED<br><br>APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | XXXXXXPENS |
| **TRUSTEE CLAIM# 00010 / COURT CLAIM # 7** | | | |
| **INTERNAL REVENUE SERVICE**<br>P O BOX 21125<br>PHILADELPHIA, PA  19114 | **$18,508.00**<br>AT 0.00% INT<br>FROM 11/19/2009 | IRS SEC<br><br>EXACTLY 100.00% TO BE PAID | X1-03 |
| **TRUSTEE CLAIM# 00011 / COURT CLAIM # 7** | | | |
| **Aargon Collection agency**<br>3025 W Sahara Ave<br>Las Vegas, NV  89102 | **$0.00**<br>AT 0.00% INT<br>FROM 11/19/2009 | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXX6035 |
| **TRUSTEE CLAIM# 00015 / COURT CLAIM # Not Filed** | | | |
| **Bank United Mortgage**<br>Attn: Default Cash Processing<br>7255 Bay Meadows Way<br>Jacksonville, FL  32256 | **$0.00**<br>AT 0.00% INT<br>FROM 11/19/2009 | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXX3054 |
| **TRUSTEE CLAIM# 00017 / COURT CLAIM # Not Filed** | | | |
| **Capital 1 Bank**<br>Attn: C/O TSYS Debt Management<br>Po Box 5155<br>Norcross, GA  30091 | **$0.00**<br>AT 0.00% INT<br>FROM 11/19/2009 | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXX2734 |
| **TRUSTEE CLAIM# 00019 / COURT CLAIM # Not Filed** | | | |

Page 3 of 5
LORA B ASHLEY                                                              BKS-09-31859-LBR

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **Capital 1 Bank** <br> Attn: C/O TSYS Debt Management <br> Po Box 5155 <br> Norcross, GA  30091 | $0.00 <br> AT 0.00% INT <br> FROM 11/19/2009 | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | XXXXXXXX3866 |
| | **TRUSTEE CLAIM# 00021 / COURT CLAIM # Not Filed** | | |
| **CAPITAL ONE BANK USA N A** <br> BY AMERICAN INFOSOURCE LP AS AGENT <br> P O BOX 71083 <br> CHARLOTTE, NC  28272-1083 | $1,120.64 <br> AT 0.00% INT <br> FROM 11/19/2009 | UNSECURED <br> <br> APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 6039 |
| | **TRUSTEE CLAIM# 00023 / COURT CLAIM # 9** | | |
| **Chase** <br> 324 W Evans St <br> Florence, SC  29501 | $0.00 <br> AT 0.00% INT <br> FROM 11/19/2009 | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXX0544 |
| | **TRUSTEE CLAIM# 00025 / COURT CLAIM # Not Filed** | | |
| **CITIFINANCIAL** <br> PO BOX 499 <br> HANOVER, MD  21076 | $0.00 <br> AT 0.00% INT <br> FROM 11/19/2009 | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXXX5250 |
| | **TRUSTEE CLAIM# 00026 / COURT CLAIM # Not Filed** | | |
| **Citifinancial** <br> 3220 E Flamingo Rd Ste C <br> Las Vegas, NV  89121 | $0.00 <br> AT 0.00% INT <br> FROM 11/19/2009 | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXXX3890 |
| | **TRUSTEE CLAIM# 00027 / COURT CLAIM # Not Filed** | | |
| **Clark County Collectio** <br> 8860 W Sunset Rd Ste 100 <br> Las Vegas, NV  89148 | $0.00 <br> AT 0.00% INT <br> FROM 11/19/2009 | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | X9751 |
| | **TRUSTEE CLAIM# 00028 / COURT CLAIM # Not Filed** | | |
| **GE MONEY BANK DBA JCPENNEY CREDIT SERVICES** <br> RECOVERY MANAGEMENT SYSTEMS CORPORATION <br> FOR GE MONEY BANK | $2,577.29 <br> AT 0.00% INT <br> FROM 11/19/2009 | UNSECURED <br> <br> APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 9048 |
| | **TRUSTEE CLAIM# 00033 / COURT CLAIM # 15** | | |
| **Hsbc Bank** <br> Attn: Bankruptcy <br> Po Box 5253 <br> Carol Stream, IL  60197 | $0.00 <br> AT 0.00% INT <br> FROM 11/19/2009 | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | XXXXXXXX0561 |
| | **TRUSTEE CLAIM# 00038 / COURT CLAIM # Not Filed** | | |
| **Hsbc Harlem Fur.** <br> Attn: Bankruptcy <br> Po Box 15522 <br> Wilmington, DE  19850 | $0.00 <br> AT 0.00% INT <br> FROM 11/19/2009 | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | XXXXXXX0086 |
| | **TRUSTEE CLAIM# 00041 / COURT CLAIM # Not Filed** | | |
| **Hsbc/rs** <br> Hsbc Retail Services Attn: Bankruptcy <br> Po Box 15522 <br> Wilmington, DE  19850 | $0.00 <br> AT 0.00% INT <br> FROM 11/19/2009 | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | XXXXXX0012 |
| | **TRUSTEE CLAIM# 00042 / COURT CLAIM # Not Filed** | | |
| **MERRICK BANK** <br> C/O RESURGENT CAPITAL SERVICES <br> P O BOX 10368 <br> GREENVILLE, SC  29603-0368 | $2,579.70 <br> AT 0.00% INT <br> FROM 11/19/2009 | UNSECURED <br> <br> APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 8738 |
| | **TRUSTEE CLAIM# 00045 / COURT CLAIM # 13** | | |

LORA B ASHLEY                                                                                              BKS-09-31859-LBR

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **Nationwide Acceptance**<br>Attn: Bankruptcy<br>3435 N Cicero Ave<br>Chicago, IL  60641 | $0.00<br>AT 0.00% INT<br>FROM 11/19/2009 | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XX5078 |
| | **TRUSTEE CLAIM# 00047 / COURT CLAIM # Not Filed** | | |
| **Nationwide Acceptance**<br>Attn: Bankruptcy<br>3435 N Cicero Ave<br>Chicago, IL  60641 | $0.00<br>AT 0.00% INT<br>FROM 11/19/2009 | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XX8447 |
| | **TRUSTEE CLAIM# 00049 / COURT CLAIM # Not Filed** | | |
| **Quantum Collections**<br>3224 Civic Center Dr<br>North Las Vegas, NV  89030 | $0.00<br>AT 0.00% INT<br>FROM 11/19/2009 | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXX3809 |
| | **TRUSTEE CLAIM# 00050 / COURT CLAIM # Not Filed** | | |
| **Spiegel**<br>Attn: Bankruptcy<br>Po Box 9204<br>Old Bethpage, NY  11804 | $0.00<br>AT 0.00% INT<br>FROM 11/19/2009 | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXX6971 |
| | **TRUSTEE CLAIM# 00052 / COURT CLAIM # Not Filed** | | |
| **Sst/columbus Bank&trus**<br>Po Box 84024<br>Columbus, GA  31908 | $0.00<br>AT 0.00% INT<br>FROM 11/19/2009 | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXXX4829 |
| | **TRUSTEE CLAIM# 00055 / COURT CLAIM # Not Filed** | | |
| **Sun Loan Company #074**<br>2470 E. Tropicana #E<br>Las Vegas, NV  89121 | $665.00<br>AT 0.00% INT<br>FROM 11/19/2009 | UNSECURED<br><br>APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 9947 |
| | **TRUSTEE CLAIM# 00056 / COURT CLAIM # 8** | | |
| **VERIZON WIRELESS**<br>P O BOX 3397<br>BLOOMINGTON, IL  61702 | $165.93<br>AT 0.00% INT<br>FROM 11/19/2009 | UNSECURED<br><br>APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | XXXXX7209 |
| | **TRUSTEE CLAIM# 00058 / COURT CLAIM # 14** | | |
| **WELLS FARGO BANK N A**<br>WELLS FARGO HOME MORTGAGE INC<br>ONE HOME CAMPUS<br>MAC ID #X2302-04C<br>DES MOINES, IA  50328 | $21,096.84<br>AT 0.00% INT<br>FROM 11/19/2009 | MORTGAGE PYMT<br>ONGOING PD BY TT<br>EXACTLY 100.00% TO BE PAID | XXXXXXXXXXXXX7931 |
| | **TRUSTEE CLAIM# 00059 / COURT CLAIM # 12** | | |
| **WELLS FARGO BANK N A**<br>WELLS FARGO HOME MORTGAGE INC<br>ONE HOME CAMPUS<br>MAC ID #X2302-04C<br>DES MOINES, IA  50328 | $1,110.36<br>AT 0.00% INT<br>FROM 11/19/2009 | POST PETITION<br><br>EXACTLY 100.00% TO BE PAID | XXXXXXXXXXXXX7931 |
| | **TRUSTEE CLAIM# 00063 / COURT CLAIM # 12** | | |
| **WELLS FARGO BANK N A**<br>WELLS FARGO HOME MORTGAGE INC<br>ONE HOME CAMPUS<br>MAC ID #X2302-04C<br>DES MOINES, IA  50328 | $1,874.30<br>AT 0.00% INT<br>FROM 11/19/2009 | MORTGAGE ARREARS<br><br>EXACTLY 100.00% TO BE PAID | XXXXXXXXXXXXX7931 |
| | **TRUSTEE CLAIM# 00064 / COURT CLAIM # 12** | | |
| **MIDLAND CREDIT MANAGEMENT INC**<br>8875 AERO DRIVE<br>SUITE 200<br>SAN DIEGO, CA  92123 | $2,345.58<br>AT 0.00% INT<br>FROM 11/19/2009 | UNSECURED<br><br>APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | XXXXXXX8636 |
| | **TRUSTEE CLAIM# 00065 / COURT CLAIM # 10** | | |

Page 5 of 5

LORA B ASHLEY                                                                                                              BKS-09-31859-LBR

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **KOSTER FINANCE LLC** <br> 4170 SOUTH DECATUR BLVD #B-5 <br> LAS VEGAS, NV  89103 | **$1,268.99** <br> AT 0.00% INT <br> FROM 11/19/2009 | UNSECURED <br> <br> APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 9947 |
| | **TRUSTEE CLAIM# 00066 / COURT CLAIM # 11** | | |

**\*\*The exact percentage dividend to be paid, if any, to the unsecured creditors cannot be determined at this time and will not be determined until the closing of the case. There are many factors which can affect the dividend, such as, but not limited to: increased administrative expenses or other factors which may reduce the dividend; increased income to the estate which may increase the dividend; or a modified plan which may affect the dividend either way. Please refer to the latest Confirmed or Modified Chapter 13 Plan.**

Dated: 4/19/2010

/s/ Linda Pletzer

for Rick A. Yarnall
Chapter 13 Bankruptcy Trustee